IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL RYAN,

    Plaintiff,

v.                                CASE NO.: 1:11cv5-SPM/GRJ

LIFE INSURANCE COMPANY
OF NORTH AMERICA, a foreign
corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 13) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 7th day of April, 2011.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Chief United States District Judge